AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Florida

| | |
|---|---|
| THORAGENIX INNOVATIONS, INC., a Delaware corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>George V. Sims, IV, an individual, and Reliant Surgical LLC, A Texas Limited Liability Company<br><br>*Defendant(s)* | Civil Action No. 9:25-cv-81206-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Reliant Surgical LLC
517 S. Academy Avenue
New Braunfels, Texas 78130-7603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Colitz, III
GrayRobinson, P.A.
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 336702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 29, 2025

s/ W. Cendejas
Deputy Clerk
U.S. District Courts