**UNITED STATES DISTRICT COURT**
**SOUTHERN  DISTRICT OF FLORIDA**

THORAGENIX INNOVATIONS, INC.

      Plaintiff

                                    CASE NO.   9:25-cv-81206-
v.                                Middlebrooks/Matthewman

GEORGE M. SIMS, IV, et. al.

      Defendant

                                            /

## MEDIATION REPORT

In accordance with Local Rule 16.2, the mediator reports that the parties mediated

for a full day on April 27, 2026, and the following occurred:

☑  All parties were present and had authority to settle the case.

The outcome of the mediation conference was:

☑  The case was neither settled nor impassed but settlement talks have

continued with the consent of the parties. The mediator will report if a settlement or

impasse is reached.

Dated:  April 27, 2026.

By: /s/ James M. Matulis
Jim@MatulisMediation.com
MATULIS MEDIATION |
ARBITRATION
Florida Bar No. 0077429
Chase Professional Park
10906 Sheldon Road
Tampa, FL 33626
813. 451.7347

1